WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5653

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED PARCEL SERVICE, INC.**,<br><br>Defendant. | Civil Action No. CV-12-04723 JSW<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT DATES; DECLARATION OF CINDY O'HARA;** [proposed] **ORDER** AS AMENDED |

### STIPULATION AND REQUEST

The parties to this matter, by and through their counsel of record, hereby stipulate and request that the case management dates currently in effect in this case be continued for six weeks, to allow for the intervention of Talal Alfaour, who is the charging party on whose behalf Plaintiff Equal Employment Opportunity Commission (EEOC) filed its complaint. This request is made on the basis that Mr. Alfaour has retained his own counsel who has informed Plaintiff EEOC that he intends to intervene in the case, but needs the additional time to do so, and the parties believe that the best and most efficient use of resources will be for all parties to have appeared in the case prior to the filing of the joint case management statement and exchange of initial disclosures (both currently due on January 25, 2013) and the case management conference (currently set for February 1, 2013). This request is supported by the

attached Declaration of Cindy O'Hara.

The parties therefore request that the January 25, 2013 joint case management statement and initial disclosure date be continued to March 8, 2013 and the case management conference date be continued to March 15, 2013.

It is so stipulated.

E-filing concurrence: I, Cindy O'Hara, certify that I have obtained the concurrence of Brian Chun, as counsel for Defendant, for the filing of this stipulation.

Dated: January 15, 2013         EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION

                                 /S/
                                Cindy O'Hara
                                Counsel for Plaintiff EEOC

Dated: January 15, 2013         LAFAYETTE & KUMAGAI

                                 /S/
                                Brian Chun
                                Counsel for Defendant United Parcel
                                Service, Inc.

### DECLARATION OF CINDY O'HARA

I, Cindy O'Hara, declare:

1. I am an attorney at law, licensed to practice in the State of California, a senior trial attorney with Plaintiff EEOC, and an attorney of record for Plaintiff EEOC in the above captioned case.

2. I have been informed by attorney Andrew Agtagma, and Charging Party Talal Alfaour, on whose behalf Plaintiff EEOC filed the instant action, that Mr. Agtagma is representing Mr. Alfaour, and intends to request to intervene in this case. As Section 2000e-5(f)(1) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §706(f)(1), provides that a charging party has a right to intervene in a case filed by the EEOC under Title VII, I presume that such intervention request will be successful.

3. On January 11, 2013, counsel for Defendant United Parcel Service, Inc. and I conferred and agreed that it would be to the benefit of the parties and the Court to

1  request to continue the current case management dates until after Mr. Alfaour has the
2  opportunity to intervene in the case.
3      4.   On January 14, 2013, I spoke with Mr. Alfaour's counsel, Mr. Agtagma,
4  who informed me that he intends to request intervention in this matter within the next
5  thirty (30) days.
6      5.   The parties are therefore requesting that the case management dates be
7  continue for six (6) weeks, to allow Mr. Alfaour to intervene, so that all parties will be
8  present to prepare the joint case management statement, participate in initial
9  disclosures, and participate in the case management conference.
10     I declare under penalty of perjury that the foregoing is true and correct.
11     Executed this 15th day of January, 2013, at San Francisco, California.

13     _____/S/_____
14                Cindy O'Hara

15                **ORDER**

16     The parties having stipulated, and good cause appearing therefore,
17     IT IS HEREBY ORDERED that the date for the case management conference is
       March 29, 2013 at 1:30 p.m.
18  continued six (6) weeks, from February 1, 2013, to ~~March 15, 2013~~.  The corresponding
19  date for initial disclosures and filing of the joint case management statement is
20  continued from January 25, 2013 to ~~March 8, 2013.~~   March 15, 2013
21     IT IS SO ORDERED.

23  Dated: January 16, 2013          _____
24                                    United States District Court Judge