LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
BRIAN H. CHUN (SBN 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone No. (415) 625-5649
Fax No. (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>             Defendant. | Case No. C12-04723 JSW<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION; [~~PROPOSED~~] ORDER**<br><br>Complaint filed:  September 11, 2012 |

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**STIPULATION AND REQUEST**

Plaintiff Equal Employment Opportunity Commission ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby stipulate and request as follows:

WHEREAS on January 14, 2013, the Court issued an Order referring the Parties to a court-provided mediation pursuant to stipulation of the Parties;

WHEREAS on March 26, 2013, the Court granted the Parties stipulated request to extend the deadline for conducting mediation from April 15, 2013 to June 18, 2013 in order to give the Parties sufficient time to conduct initial discovery prior to the mediation;

WHEREAS on April 16, 2013, Plaintiff issued to Charging Party Talal Alfaour ("Charging Party") two right to sue notices relating to the Americans with Disabilities Act ("ADA") allegations contained in Charging Party's complaints filed with Plaintiff;

WHEREAS the Parties believe Charging Party's deadline to pursue his ADA claims is on or about July 18, 2013;

WHEREAS the Parties agree that a mediation would be more productive if it takes place after Charging Party's deadline to pursue his ADA claims; and

WHEREAS the Parties have contacted Eric Grover, the court-appointed mediator, regarding rescheduling the mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the deadline to conduct mediation be extended from June 18, 2013 to August 16, 2013.


DATED: May 14, 2013

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


_/s/ Jonathan T. Peck_____
JONATHAN T. PECK, Esq.
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DATED:  May 14, 2013                LAFAYETTE & KUMAGAI LLP


                                    _/s/ Brian H. Chun_____
                                    BRIAN H. CHUN
                                    Attorneys for Defendant
                                    UNITED PARCEL SERVICE, INC.



### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Jonathan T. Peck, counsel for

Plaintiff, for the filing of this stipulation and proposed order.


                                    _/s/ Brian H. Chun_____
                                    BRIAN H. CHUN



### <u>ORDER</u>

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby

ORDERED that the parties' deadline for conducting mediation be extended to August 16, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: ___May 16_____, 2013        _Jeffrey S White_____
                                       JEFFREY S. WHITE
                                       United States District Judge



### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on May 14, 2013 on

counsel of record in compliance with Federal Rule 5, Local Rule 5-6 and General Order 45, by

use of the Court's ECF system.


                                    _/s/ Brian H. Chun_____
                                    BRIAN H. CHUN


UPS\EEOC\Pldg\Stip Extend Mediation Deadline 2\Stip Extend Mediation Deadline.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605