WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5646
Fax No. (415) 625-5657
jonathan.peck@eeoc.gov

Attorneys for Plaintiff

LAFAYETTE & KUMAGAI, LLP
Gary T. Lafayette (SBN 088666)
Brian H. Chun (SBN 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | CIVIL ACTION NO. C-12-04723 JSW<br><br>JOINT STIPULATION TO DISMISS SUIT WITH PREJUDICE; FRCP 41(a)(1)(A)(ii) |

///

///

Plaintiff Equal Employment Opportunity Commission and Defendant United Parcel Service, Inc. hereby jointly stipulate through their respective counsel to dismiss this action pursuant to FRCP

41(a)(1)(A)(ii) with prejudice and with both Plaintiff and Defendant waiving any and all costs and fees.

Dated: May 31, 2013

/s/ *Jonathan T. Peck*
Jonathan T. Peck
Attorney for Plaintiff EEOC

Dated: May 28, 2013

Brian H. Chun
Attorney for Defendant

///

///